IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF CENTRAL LABORERS' PENSION, WELFARE & ANNUITY FUNDS, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) No. 05-cv-4123-JPG-DGW |
| ACORN INDUSTRIES, INC., a foreign corporation, DAVID S. ACORN, individually and d/b/a ACORN INDUSTRIES, INC., of Southern Illinois, | ) ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   September 28, 2006

NORBERT JAWORSKI, CLERK

 s/Deborah Agans
**Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
         **U. S. DISTRICT JUDGE**